₰JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Saugus, Danvers, Salisbury

**Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  X  New Defendant _____
Magistrate Judge Case Number  25-5147-JGD
Search Warrant Case Number  see additional info
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name**  GEORGE KRABEY     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** Saugus, Mass.

**Birth date (Yr only):** 1978  **SSN (last 4#):** 4019  **Sex:** M  **Race:** _____  **Nationality:** USA

**Defense Counsel if known:** Julie Ann Olson  **Address:** 51 Sleeper St

**Bar Number:** _____   Boston, Mass.

**U.S. Attorney Information**

**AUSA:** Samuel R. Feldman   **Bar Number if applicable:** _____

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:** 5/13/2025

☑ Already in Federal Custody as of  5/13/2025  in  Plymouth .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  8

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/16/2025   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GEORGE KRABEY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 21 USC 841 | Distribution of and Possession with Intent to Distribute Methamphetamine and Fentanyl | 2 |
| Set 3 | 21 USC 841 | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine | 3 |
| Set 4 | 21 USC 841 | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine | 4 |
| Set 5 | 21 USC 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 5 |
| Set 6 | 21 USC 841 | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine | 6 |
| Set 7 | 21 USC 841 | Possession with Intent to Distribute 500 Grams or More of Methamphetamine | 7 |
| Set 8 | 21 USC 841 | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | 8 |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

25-5006, 5007, 5077, 5079, 5080-JGD

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013